**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>CORONA VIRUS (COVID19) PUBLIC EMERGENCY | MISC. NO.  20-088 (GAG) |

**GENERAL ORDER CONCERNING EXTENSION OF DEADLINES**

On March 15, 2020, the Court issued an *Order Concerning Proceedings Before the United States District Court of Puerto Rico,* Misc. No. 20-088 (GAG) (Docket No. 3) continuing all civil and criminal proceedings until March 30, 2020.  Consistent with this directive, it is ORDERED that all deadlines originally set from March 16, 2020 to and including April 9, 2020 are extended until April 10, 2020.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 16th day of March 2020.

Gustavo A. Gelpí
Chief United States District Judge